## HENRY SLOAN v. STATE.
No. A-1362. Opinion Filed June 8, 1912.
Appeal from Oklahoma County Court;
John W. Hayson, Judge.

Henry Sloan was convicted of violating the prohibitory law, and appeals. Affirmed.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. At the January, 1911, term of the county court of Oklahoma county the appellant was convicted for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of five hundred dollars and six months' confinement in the county jail, from which judgment appellant prosecuted an appeal, but no appearance has been made and no brief has been filed in this court on behalf of appellant. The judgment of the lower court is therefore affirmed for want of prosecution of said appeal.

## HENRY STEIL v. STATE.
No. A-1088. Opinion Filed June 8, 1912.
Appeal from Blaine County Court;
Geo. W. Ferguson, Judge.

Henry Steil was convicted of violating the prohibitory law, and appeals. Affirmed.

I. H. Lookabaugh, for appellant.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. On the 31st day of December, 1910, judgment was rendered against appellant for a violation of the prohibitory liquor law and his punishment was assessed at a fine of one hundred dollars and thirty days' confinement in the county jail. No time was fixed by the trial court in its judgment within which the case-made was to be served. After the thirty days provided by law for serving a case-made had expired, the trial court attempted to extend the time for serving the case-made, but this cannot legally be done. The case-made was not served until the 4th day of March, and as no legal order was made extending the time within which the case-made should be served beyond the thirty days allowed by law, the case-made must be stricken from the record. We find no error in the record. The judgment of the lower court is therefore affirmed.

## GEORGE COLLINS v. STATE.
No. A-1152. Opinion Filed June 15, 1912.
Appeal from Pawnee County Court;
Fred S. Liscum, Judge.

George Collins was convicted of violating the prohibition law, and appeals. Affirmed.

Wrightsman, Bush & Murry, for appellant.
Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Appellant was convicted for a violation of the prohibitory liquor law and his punishment was assessed at a fine of three hundred dollars and thirty days' confinement in the county jail. The evidence in this case is direct as to the guilt of appellant. All of the questions of law presented by counsel in their brief have been previously decided adversely to their contention. We therefore do not deem it necessary to discuss them again. The judgment of the lower court is in all things affirmed.